UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - CIVIL GENERAL**

CASE NO.   8:13-CV-2695-T-TGW                             DATE: JANUARY 6, 2015

TITLE:   <u>NICHOLAS PROFERES -v- PROFERES ENTERPRISES, et al.</u>
TIME:    2:43 - 3:04

Honorable THOMAS G. WILSON

Deputy Clerk: Carrie Williams, Dawn Saucier
Tape: Digital                                             Courtroom12A

*Attorneys for Plaintiff*:     Matthew Westerman
*Attorneys for Defendant:*     Timothy Coyle

**PROCEEDING:** STATUS (Consent Case)

Court convened; parties to decide whether trial by jury or bench trial; jury trial estimated to last two to three days, bench trial two days; discovery is closed; trial scheduled for week of May 18, 2015; pretrial conference scheduled for May 8, 2015, at 2:30 p.m.; pretrial stipulation deadline May 6, 2015; settlement/mediation: impasse; order to follow; court adjourned.